**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Isaac Githinji,<br><br>Petitioner,<br><br>v.<br><br>Eric Rokosky,<br><br>Respondent. | No. CV-26-02341-PHX-AMM<br><br>**ORDER** |

On August 10, 2026, Magistrate Judge John Z. Boyle issued a Report and Recommendation ("R&R") recommending this Court grant Petitioner's Petition for Writ of Habeas Corpus. (Doc. Doc. 10 at 12.) Judge Boyle notified the parties they had fourteen (14) days to file any written objections to the proposed findings and recommendation. (*Id.* at 13.) Neither party filed an objection, and the time to do so has now passed.

A district court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes 1983 Addition. A district judge may "accept, reject, or modify, in whole or in part, the findings or recommendations" of the magistrate judge. 28

U.S.C. § 636(b)(1).

The Court has reviewed Judge Boyle's R&R, the parties' briefs, and the record. The Court finds no clear error and agrees with the findings and recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED.** (Doc. 10.)

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus is **GRANTED**. (Doc. 1.) The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS FURTHER ORDERED** that Petitioner be provided an individualized bond hearing within **seven (7) days** of the date this Order is filed. The bond hearing shall comply with the procedural requirements set out in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011). The Government shall bear the burden of proving that Petitioner is a danger or flight risk by clear and convincing evidence. Additionally, the IJ should consider Petitioner's financial situation and alternative conditions of release. *Hernandez v. Sessions*, 872 F.3d 976 (9th Cir. 2017). In the alternative, the Government may release Petitioners under appropriate conditions of release.

**IT IS FURTHER ORDERED** that Petitioner **SHALL** be provided with adequate notice prior to the hearing.

**IT IS FURTHER ORDERED** that the Government shall file a status report with the Court regarding the bond hearing and whether Petitioner was released within **fourteen (14) days** of the date this Order is filed.

Dated this 27th day of August, 2026.

Honorable Angela M. Martinez
United States District Judge